AO 442 (Rev. 01/09) Arrest Warrant

FID#: 10830704

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

Under seal

United States of America
v.

DANIEL EVERETTE HALE

Case No. 1:19-CR-59

Defendant

2019 MAR -8 AM 10:4[?]
EASTERN DISTRICT
OF VIRGINIA
ALEXANDRIA DIVISION
RECEIVED
UNITED STATES MARSHAL

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **DANIEL EVERETTE HALE**,

who is accused of an offense or violation based on the following document filed with the court:

✔ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. § 793(c) Obtaining National Defense Information.
Count 2: 18 U.S.C. § 793(e) Retention and Transmission of National Defense Information.
Count 3: 18 U.S.C. § 793(e) Causing the Communication of National Defense Information.
Count 4: 18 U.S.C. § 798(a)(3) Disclosure of Classified Communications Intelligence Information.
Count 5: 18 U.S.C. § 641 Theft of Government Property.

Date: 3/7/19

Issuing officer's signature

Karla Bartell - Deputy Clerk
Printed name and title

City and state: _____

### Return

This warrant was received on *(date)* 05/10/2019, and the person was arrested on *(date)* 05/09/2019
at *(city and state)* Nashville, TN.

Date: 05/10/2019

Arresting officer's signature

Casper Cromwell / Special Agent
Printed name and title