MAGISTRATE JUDGE CRIMINAL MINUTES

UNITED STATES OF AMERICA  v.  DANIEL EVERETTE HALE

CRIMINAL CASE NO. 3:19-mj-4127  OUT OF DIST. NO. 1:19-CR-59 ED/VA
INTERPRETER:  LANGUAGE:
GOVERNMENT ATTORNEY: Phil Wehby
COUNSEL FOR DEFENDANT: Ron Small
PRETRIAL SERVICES OFFICER: Laminta Poe

INITIAL HEARING HELD: 5/9/19  DEFENDANT ARRESTED: 5/9/19
    Defendant has a copy of and was advised of contents of:
        ____Complaint  _X_ Indictment  ____Other
        ____ Information  ____Supervised Release Petition

  _X_ Defendant advised of constitutional rights
  ____ Defendant advised of right to preliminary hearing
  ____ Defendant advised of right to revocation hearing
  _X_ Financial Affidavit filed
  ____ Government filed Motion for Detention
  ____ Defendant temporarily detained pending a hearing
  ____ Defendant is in State/Federal custody
  ____ Defendant released on previously set conditions of supervised release
  _X_ Defendant released on own recognizance bond with conditions of release

IDENTITY HEARING WAIVED: 5/9/19

DETENTION HEARING:


ARRAIGNMENT:
    Defendant acknowledges he has a copy of the Indictment
    Waives reading thereof ____  PLEA:  GUILTY  NOT GUILTY
    Intends to plead guilty and referred to District Judge _____
    Defendant consented to trial before Magistrate Judge_____

PROCEEDINGS CONDUCTED BEFORE MAGISTRATE JUDGE: BROWN   HOLMES   FRENSLEY   <u>NEWBERN</u>

LENGTH OF HEARING: 25 minutes